UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**WINDY R. GILLIS-KIHUMBA,**

    **Plaintiff,**

v.       Case No:  6:14-cv-2053-Orl-41DAB

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Complaint (Doc. 1) filed on December 15, 2014, seeking judicial review under 42 U.S.C. § 405(g) of a final decision by the Commissioner of the Social Security Administration ("Commissioner") denying Plaintiff's application for Disability Insurance Benefits and Supplemental Security Income pursuant to the Social Security Act. United States Magistrate Judge David A. Baker filed a Report and Recommendation (Doc. 18) on December 16, 2015, recommending that the Commissioner's final decision be affirmed.

After an independent *de novo* review of the record, and noting that no objections were timely filed, this Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 18) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Commissioner's final decision is **AFFIRMED**.

3. The Clerk is directed to enter judgment accordingly and close this case.

**DONE** and **ORDERED** in Orlando, Florida on February 17, 2016.



Copies furnished to:

Counsel of Record